(12) **United States Design Patent**  (10) Patent No.: **US D459,055 S**
Hosogai  (45) Date of Patent: ∗∗ ∗**Jun. 25, 2002**

| | | |
|---|---|---|
| (54) | **REVERSIBLE DENIM PANTS** | |
| (76) | Inventor: | **Toshio Hosogai**, One Irving Pl., #V29B, New York, NY (US) 10003 |
| ( ∗ ) | Notice: | This patent is subject to a terminal disclaimer. |
| (∗∗) | Term: | **14 Years** |
| (21) | Appl. No.: | **29/111,184** |
| (22) | Filed: | **Sep. 22, 1999** |
| (51) | **LOC (7) Cl.** | .................................................. **02-02** |
| (52) | **U.S. Cl.** | ..................................................... **D2/742** |
| (58) | **Field of Search** | ........................ D2/742, 745; 2/79, 2/80, 83, 400–408, 227, 234, 235, DIG. 2, 411 |

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D161,057 S | ∗ | 11/1950 | Schwab | ........................ D2/742 |
| 3,959,826 A | ∗ | 6/1976 | Hakanson | ....................... 2/227 |
| 5,634,215 A | ∗ | 6/1997 | DeBaene | ....................... 2/227 |
| 5,881,392 A | ∗ | 3/1999 | Koerner et al. | ................. 2/227 |
| 5,956,775 A | ∗ | 9/1999 | Ezra | .............................. 2/227 |

∗ cited by examiner

*Primary Examiner*—Louis S. Zarfas
*Assistant Examiner*—Robert A. Delehanty
(74) *Attorney, Agent, or Firm*—John D. Gugliotta

(57) **CLAIM**

The ornamental design for a reversible denim pants, as shown and described.

**DESCRIPTION**

FIG. **1** is a front elevational view of a reversible denim pants showing my new design;
FIG. **2** is a rear elevational view thereof;
FIG. **3** is a front elevational view thereof, shown in a reversed condition; and,
FIG. **4** is a rear elevantional view thereof, shown in a reversed condition.
The surfaces or portions of the article not shown in the drawing or described in the specification form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4