Claims Chart Comparison between U.S. Des. 459,055
and
Design Sold as "The Reversible Collection" by
BLUELAB®

**Des. 459,055**

**Accused Infringing Product**

FIG. 1 is a front elevational view of a reversible denim pants showing my new design;




Claims Chart Comparison between U.S. Des. 459,055
and
Design Sold as "The Reversible Collection" by
BLUELAB®

**Des. 459,055**

FIG. 2 is a rear elevational view thereof;

**Accused Infringing Product**





Claims Chart Comparison between U.S. Des. 459,055
and
Design Sold as "The Reversible Collection" by
BLUELAB®

**Des. 459,055**

FIG. 3 is a front elevational view thereof, shown in a reversed condition;

**Accused Infringing Product**




Claims Chart Comparison between U.S. Des. 459,055
and
Design Sold as "The Reversible Collection" by
BLUELAB®

**Des. 459,055**

FIG. 4 is a rear elevational view thereof, shown in a reversed condition.

**Accused Infringing Product**


