

David Welling <davidwelling.law@gmail.com>

---

## Your Shipping Confirmation

| | |
|---|---|
| **6pm.com** <email@email.6pm.com> | Fri, May 2, 2014 at 3:39 PM |

Reply-To: "6pm.com" <reply-fefa1675766d06-17_HTML-43498671-1058807-10864@email.6pm.com>
To: davidw@choken-welling.com

Your Shipping Confirmation! 6pm.com

View this email in your browser | Unsubscribe from future mailings



**FREE** Shipping On All Orders

Shoes    Clothing    Bags & Handbags    Watches    Clearance    Brands    More Departments

### Your Order Has Shipped!

**Here is your tracking information:**
UPS Tracking Number: **1ZRX12660322903844**

Please note it may take 24 hours for your tracking number to return any information.



Hi Friend!

We've got a surprise for you—your order has shipped! We've also included your tracking info, so you can track your order to its final destination.

Your friends in fashion,
6pm.com



Your Purchasing Information

**Your Order Information:**
Your Order #: **181882425**
Item Ordered: 1
Order Total: $106.99

**Your Shipping and Billing Information:**
Shipping Method: Standard Shipping (4-5 business days)
Date Ordered: 05/01/2014
Date Shipped: 05/02/2014

| **Shipped To:** | **Billed To:** |
|---|---|
| David Welling | Charles V Choken |

3020 W. Market St.  
Fairlawn, OH 44333-3609

3020 W Market St  
Fairlawn, OH 44333-3609

## Your Order Summary

### Items Shipped Today



**Bleulab: Reversible 8-Pocket Boot in Aqua Fortis**

SKU# 8180028  
Color: Aqua Fortis  
Size: 29  
Inseam: 34

**$106.99**

**Track This Item:** 1ZRX12660322903844

| | |
|---|---:|
| Subtotal (1 Item): | $106.99 |
| Standard Shipping (4-5 business days): | $0.00 |
| Collected Tax: | $0.00 |

**Order Total: $106.99**

   

My Account · Customer Service · Contact Us · Safe Shopping Guarantee  
Privacy Policy · Survey · Unsubscribe

This Shipping Confirmation was sent to davidw@choken-welling.com.  
Please add email@email.6pm.com to your address book to ensure our emails reach your inbox!  
If you'd rather not receive emails, simply unsubscribe. We'll miss you terribly, though.

© 2007 - 2014 Zappos.com, Inc. or its affiliates  
400 E Stewart Ave Las Vegas, Nevada 89101

6pm.com is operated by Zappos IP, Inc.  
Products on 6pm.com are sold by 6pm.com, LLC.  
Gift certificates and gift cards on 6pm.com are sold by Zappos Gift Cards, Inc.