**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Chuck Roaste LLC,** | ) | **CASE NO. 1:14 CV 1109** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **Reverse Gear, et al.,** | ) | <u>**Transfer Order**</u> |
| | ) | |
| **Defendants.** | ) | |

This Court, having GRANTED Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Doc. 17), hereby TRANSFERS this matter to the Central District of California.

IT IS SO ORDERED.

    /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 9/25/14

1