LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 14-07604-BRO (JPRx) | Date | October 29, 2014 |
|---|---|---|---|
| Title | Chuck Roaste LLC v. Reverse Gear, LLC et al | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

**ORDER TO SHOW CAUSE**

Plaintiff's out of state attorneys C Vincent Choken, John D Gugliotta and David A Welling ("Counsel") have failed to submit an Application of Non-Resident Attorney to Appear in a Specific Case, along with the $325.00 pro hac vice appearance fee. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE by the close of business on Monday, November 17, 2014 why the Court should allow Counsel to represent Plaintiff before this Court.

Submission of a pro hac vice application with the appropriate fees will satisfy this Order.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |